UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| Magnolia Medical Technologies, Inc. | CIVIL ACTION NO.: 24-CV-0428-MMA-BGS |
|---|---|
| vs | *Plaintiff* |
| Kurin, Inc. | |
| | *Defendant* |

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **03/05/2024** at **12:15 PM** at **251 Little Falls Drive, Wilmington, DE 19808**

deponent served a(n) **Summons in a Civil Action, Complaint for Patent Infringement, Jury Trial Demanded with Exhibits 1 to 6, Report on the Filing or Determination of an Action or Appeal Regarding a Copyright, Magnolia Medical Technologies, Inc.'s Corporate Disclosure Statement, Civil Cover Sheet**

on **Kurin, Inc. c/o Corporation Service Company**, Registered Agent,

by delivering thereat a true copy to **Lynanne Gares** personally, authorized to accept service thereof.

<u>Description of Person Served:</u>
Gender: Female
Skin: White
Hair: Brown
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight: 161-200 Lbs.
Other:

Sworn to before me this
6 day of March, 2024

_____
NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

_____
Gilbert Del Valle

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160