Kirkland & Ellis LLP
Gregg F. LoCascio, P.C. (Pro Hac Vice)
glocascio@kirkland.com
Sean M. McEldowney (248368)
smceldowney@kirkland.com
Kelly Tripathi (Pro Hac Vice)
kelly.tripathi@kirkland.com
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-389-5000
Fax: 202-389-5200

Kirkland & Ellis LLP
Sam Blake (313124)
sam.blake@kirkland.com
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Tel: 213-680-8400
Fax: 213-680-8500

KE-KURIN-MAGNOLIA@kirkland.com

SNELL & WILMER L.L.P.
Christopher D. Bright (206273)
cbright@swlaw.com
600 Anton Boulevard Suite 1400
Costa Mesa, CA 92626-7689
Tel.: (714) 427-7000
Fax: (714) 427-7799

*Counsel for Defendant /
Counterclaim-Plaintiff Kurin, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KURIN, INC., <br><br> Defendant. | Case No. 3:24-cv-00428-DMS-BJC <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** <br><br> **JURY TRIAL DEMANDED** <br><br> Judge: Hon. Dana M. Sabraw <br> Hearing Date: |

TO ALL PARTIES AND THEIR ATTORNEYS OR RECORD:

PLEASE TAKE NOTICE THAT at a date and time to be determined by the Court, Defendant Kurin, Inc. ("Kurin"), be and through its attorneys of record, will move this Court of an Order directing the Clerk of the Court to file Kurin's Brief in support of its Motion to Compel Infringement Contentions and Exhibit 4 thereto under seal.

Kurin moves this Court to preserve the confidentiality of certain portions of its Brief in support of its Motion to Compel Infringement Contentions and Exhibit 4 thereto. Kurin designates this information to be "CONFIDENTIAL – FOR COUNSEL ONLY" under the Protective Order in this case.

A redacted version of the Brief in support of Kurin's Motion to Compel Infringement Contentions and Exhibit 4 are to be filed publicly with only certain portions under seal.

This motion is supported by the Declaration of Christopher D. Bright, filed herewith, which sets forth the basis of filing under seal.

Kurin respectfully requests that the Court enter the concurrently filed proposed Order granting leave to file the above identified documents under seal.

DATED: August 21, 2024          By:

/s/ Christopher D. Bright
---
Gregg F. LoCascio, P.C. (Pro Hac Vice)
Sean M. McEldowney
Kelly Tripathi (Pro Hac Vice)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-389-5000
Fax: 202-389-5200
glocascio@kirkland.com
smceldowney@kirkland.com
kelly.tripathi@kirkland.com

Sam Blake
Kirkland & Ellis LLP
555 South Flower Street, Suite 3700
Los Angeles, CA 90071
Tel: 213-680-8400
Fax: 213-680-8500
sam.blake@kirkland.com

KE-KURIN-MAGNOLIA@kirkland.com

Christopher D. Bright
SNELL & WILMER L.L.P.
600 Anton Boulevard Suite 1400
Costa Mesa, CA 92626-7689
Tel.: (714) 427-7000
Fax: (714) 427-7799
cbright@swlaw.com

*Counsel for*
*Defendant / Counterclaim-Plaintiff*