1  Kirkland & Ellis LLP
   Gregg F. LoCascio, P.C. (Pro Hac Vice)
2  glocascio@kirkland.com
   Sean M. McEldowney (248368)
3  smceldowney@kirkland.com
   Kelly Tripathi (Pro Hac Vice)
4  kelly.tripathi@kirkland.com
   1301 Pennsylvania Avenue, N.W.
5  Washington, D.C. 20004
   Tel: 202-389-5000
6  Fax: 202-389-5200

7  Kirkland & Ellis LLP
   Sam Blake (313124)
8  sam.blake@kirkland.com
   555 South Flower Street, Suite 3700
9  Los Angeles, CA 90071
   Tel: 213-680-8400
10 Fax: 213-680-8500

11 KE-KURIN-MAGNOLIA@kirkland.com

12 SNELL & WILMER L.L.P.
   Christopher D. Bright (206273)
13 cbright@swlaw.com
   600 Anton Boulevard Suite 1400
14 Costa Mesa, CA 92626-7689
   Tel.: (714) 427-7000
15 Fax: (714) 427-7799

16 *Counsel for Defendant /*
17 *Counterclaim-Plaintiff Kurin, Inc.*

18                    **UNITED STATES DISTRICT COURT**

19                  **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

20

| MAGNOLIA MEDICAL TECHNOLOGIES, INC., | Case No. 3:24-cv-00428-DMS-BJC |
|---|---|
| Plaintiff, | **DECLARATION OF CHRISTOPHER D. BRIGHT IN SUPPORT OF DEFENDANT'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| KURIN, INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |
| | Judge: Hon. Dana M. Sabraw |
| | Hearing Date: |

I, Christopher D. Bright, declare as follows pursuant to 28 U.S.C. 1746:

1. I am an attorney admitted to practice before this court and a partner with the law firm of Snell & Wilmer L.L.P., counsel for Defendant Kurin, Inc. in the above-captioned action. I am familiar with the facts set forth herein and submit this Declaration in support of Defendant's Motion for Leave to File Documents Under Seal in connection with Kurin, Inc.'s Brief in Support of Motion to Compel Infringement Contentions and the related confidential exhibit 4 thereto.

2. Attached hereto as Exhibit 4 is a true and correct UNREDACTED copy of Magnolia's First Amended Disclosure of Asserted Claims and Infringement Contentions served on August 17, 2024.

3. Attached hereto is a true and correct UNREDACTED copy of Kurin, Inc.'s Brief in Support of Motion to Compel Infringement Contentions (the "Brief").

4. Each of these attachments, the Brief and Exhibit 4, contains Kurin's technical, non-public product information designated "CONFIDENTIAL - FOR COUNSEL ONLY" by Kurin under the Protective Order in this case. This CONFIDENTIAL - FOR COUNSEL ONLY information describes the internal structures, operations and functionalities of the Kurin products accused of infringement. The specifics of these internal structures, operations and functionalities are Kurin's CONFIDENTIAL - FOR COUNSEL ONLY information that Kurin does not share publicly. Public disclosure of such CONFIDENTIAL - FOR COUNSEL ONLY information would likely lead to competitive harm to Kurin.

5. Kurin only requests to seal the narrow portions of the Brief and Exhibit 4 that contains Kurin's CONFIDENTIAL - FOR COUNSEL ONLY information.

///

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on the 21st day of August, 2025 at Costa Mesa, California.

By:

*/s/ Christopher D. Bright*
Christopher D. Bright