# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KURIN, INC.,<br><br>Defendant. | Case No. 3:24-cv-00428-DMS-BJC<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: Hon. Dana M. Sabraw<br>Hearing Date: |

Pursuant to Civil Local Rule 79.3 and Patent Local Rue 2.2, Kurin Inc. ("Kurin"), has filed a Motion for Leave to File Documents Under Seal ("Motion to Seal") Defendant's Brief in Support of Motion to Compel Infringement Contentions and Exhibit 4 thereto.

Having considered the motion and declaration cited therein, and finding good cause therefore, the Court grants Kurin's Motion to Seal.

**IT IS SO ORDERED**

Dated: _____ , 2024   _____
Honorable Benjamin J. Cheeks
United States Magistrate Judge