Ashok Ramani (SBN 200020)
Micah G. Block (SBN 270712)
Serge A. Voronov (SBN 298655)
Ian Hogg (SBN 313924)
Elaine M. Andersen (SBN 340247)
Natalie J. Stoecklein (SBN 350939)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:    (650) 752-2000
Fax:    (650) 752-2111
ashok.ramani@davispolk.com
micah.block@davispolk.com
serge.voronov@davispolk.com
ian.hogg@davispolk.com
elaine.andersen@davispolk.com
natalie.stoecklein@davispolk.com

*Attorneys for Plaintiff*
*Magnolia Medical Technologies, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC.<br><br>                    Plaintiff,<br><br>        - against -<br><br>KURIN, INC.<br><br>                    Defendant. | Case No. 3:24-cv-00428-DMS-BJC<br><br>**MAGNOLIA'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Magnolia Medical Technologies, Inc. ("Magnolia") hereby moves, pursuant to Civil Local Rule 79.2(c) and the Protective Order entered in this action (ECF No. 48), to file under seal Magnolia's Opposition to Defendant Kurin, Inc.'s Motion to Compel Infringement Contentions (the "Opposition"). The specific portions that Magnolia seeks to seal are identical to the portions that Defendant Kurin, Inc. ("Kurin") moved for leave to seal on August 21, 2024 (ECF No. 61).

The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Dated: August 28, 2024

Respectfully submitted,

*s/ Ian Hogg*

Ashok Ramani (SBN 200020)
Micah G. Block (SBN 270712)
Serge A. Voronov (SBN 298655)
Ian Hogg (SBN 313924)
Elaine M. Andersen (SBN 340247)
Natalie J. Stoecklein (SBN 350939)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Tel:   (650) 752-2000
Fax:   (650) 752-2111
ashok.ramani@davispolk.com
micah.block@davispolk.com
serge.voronov@davispolk.com
ian.hogg@davispolk.com
elaine.andersen@davispolk.com
natalie.stoecklein@davispolk.com

*Attorneys for Plaintiff Magnolia Medical Technologies, Inc.*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Magnolia respectfully submits this memorandum of law in support of its motion for leave to file under seal certain portions of its Opposition pursuant to Civil Local Rule 79.2(c) and the terms of the the Protective Order entered in this action (ECF No. 48).

Magnolia seeks to seal certain portions of its Opposition that contain or reference information that Kurin has been designated as "CONFIDENTIAL – FOR COUNSEL ONLY" under the terms of the Protective Order.  Kurin asserts that "this CONFIDENTIAL – FOR COUNSEL ONLY information describes the internal structures, operations and functionalities of the Kurin products accused of infringement" and "[t]he specifics of these internal structures, operations and functionalities are Kurin's CONFIDENTIAL – FOR COUNSEL ONLY information that Kurin does not share publicly." ECF No. 61-1 at 2. Furthermore, Kurin asserts "[p]ublic disclosure of such 'CONFIDENTIAL – FOR COUNSEL ONLY' information would likely lead to competitive harm to Kurin." *Id.*

Magnolia's motion to seal is narrowly drawn and limited to only specific sections which reference confidential information or materials. Concurrently, Magnolia will electronically file a public version of its Opposition with the designated information redacted.

For the foregoing reasons, Magnolia respectfully requests the Court grant its motion to file under seal Magnolia's Opposition to Defendant Kurin, Inc.'s Motion to Compel Infringement Contentions.

1    Dated: August 28, 2024                    Respectfully submitted,

2                                              *s/ Ian Hogg*

3                                              Ashok Ramani (SBN 200020)
                                               Micah G. Block (SBN 270712)
4                                              Serge A. Voronov (SBN 298655)
                                               Ian Hogg (SBN 313924)
5                                              Elaine M. Andersen (SBN 340247)
                                               Natalie J. Stoecklein (SBN 350939)
6                                              DAVIS POLK & WARDWELL LLP
                                               1600 El Camino Real
7                                              Menlo Park, California 94025
                                               Tel:   (650) 752-2000
8                                              Fax:   (650) 752-2111
9                                              ashok.ramani@davispolk.com
                                               micah.block@davispolk.com
10                                             serge.voronov@davispolk.com
                                               ian.hogg@davispolk.com
11                                             elaine.andersen@davispolk.com
                                               natalie.stoecklein@davispolk.com
12

13                                             *Attorneys for Plaintiff Magnolia Medical*
                                               *Technologies, Inc.*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MPA ISO PLF'S MOTION FOR LEAVE TO FILE DOCS. UNDER SEAL
CASE NO. 3:24-CV-00428-DMS-BJC